UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                       DECISION AND ORDER

                                                                       05-CR-6123L
                                                                       07-CV-6263L

              v.

REGINALD WILLIS,

                              Defendant.
_____

       Defendant, Reginald Willis ("Willis"), stands convicted after a jury trial and is currently scheduled for sentencing on August 28, 2007. Subsequent to his trial, Willis raised some issues relating to ineffective assistance of counsel and submitted a handwritten document styled "Federal Habeas Corpus" on May 23, 2007 (Dkt. #100).

       On June 6, 2007, the Court held a proceeding in the criminal matter and resolved the issues raised by Willis in his handwritten proceeding. Therefore, this separate civil action is hereby dismissed in all respects. Willis, of course, may raise any ineffective-assistance-of claims should he elect to appeal from the judgment that will be entered at the time of sentencing.

CONCLUSION

Civil action 07-CV-6263L is in all respects dismissed.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       June 14, 2007