UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                     Plaintiff,

                                                                   SCHEDULING ORDER

                                                                   05-CR-6123L

          V.

REGINALD WILLIS,

                     Defendant.
_____

     By decision entered July 29, 2008, the Second Circuit remanded this case to the District Court for further proceedings consistent with *United States v. Regalado,* 518 F.3d 143 (2d Cir. 2008).

     I am scheduling this for a sentencing hearing on **October 8, 2008 at 9:30 a.m.** Defendant is directed to file a sentencing memorandum by **September 26, 2008.** The Government must reply by **October 3, 2008.**

     The Government is to take steps to produce the defendant for this hearing. By copy of this order I request the Probation Office to prepare a revised Guideline calculation as set forth in the so-called "Crack" Amendments, effective November 1, 2007.

     IT IS SO ORDERED.

                                                  _____
                                                    DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       August 7, 2008.